| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Jon D. Meer (SBN 144389)<br>jmeer@seyfarth.com |
| 3 | Jonathan L. Brophy (SBN 245223)<br>jbrophy@seyfarth.com |
| 4 | Sofya Perelshteyn (SBN 320931)<br>sperelshteyn@seyfarth.com |
| 5 | 2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-3021 |
| 6 | Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219 |

Attorneys for Defendant
THE PATINA GROUP NEWCO, LLC

AKHAVAN & ASSOCIATES
Bardia Aaron Akhavan (SBN 316493)
bardia@baalaw.com
Nahal Barahmand (SBN 316526)
nahal@baalaw.com
15760 Ventura Blvd., Suite 950
Encino, California 91436
Telephone: (855) 463-4733

Attorneys for Plaintiff
ROCIO ROMERO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO ROMERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PATINA GROUP NEWCO, LLC doing business as DESCANSO CAFÉ; CARLITO DOE, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-07461 JAK(PVCx)<br><br>[Hon. John A. Kronstadt, Crtm. 10B]<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(II)**<br><br>(Los Angeles County Superior Court Case No. 23STCV18660)<br><br>Complaint Filed: August 7, 2023<br>Trial Date: None Set |

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ACTION

305744089v.1

## JOINT STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rocio Romero ("Plaintiff") and Defendant The Patina Group Newco, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to dismiss the above-entitled action in its entirety and all claims asserted by Plaintiff therein with prejudice, and with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), the electronic filer below hereby attests that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 10, 2023     SEYFARTH SHAW LLP

By: */s/ Sofya Perelshteyn*
Jon D. Meer
Jonathan L. Brophy
Sofya Perelshteyn
Attorneys for Defendant
THE PATINA GROUP NEWCO, LLC

DATED: November 10, 2023     AKHAVAN & ASSOCIATES

By: */s/ Bardia Aaron Akhavan*
Bardia Aaron Akhavan
Attorneys for Plaintiff
ROCIO ROMERO

1
JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ACTION

305744089v.1