**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCIO ROMERO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PATINA GROUP NEWCO, LLC, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-07461-JAK (PVCx)<br><br>**ORDER RE JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II) (DKT. 15)**<br><br>**JS-6: CASE TERMINATED** |

1  Based on a review of the Joint Stipulation of Voluntary Dismissal of Action
2  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation" (Dkt. 15)),
3  sufficient good cause has been shown for the requested relief. Therefore, the Stipulation
4  is **APPROVED**, as follows:
5  The above-entitled action is dismissed with prejudice. All currently scheduled
6  dates are vacated, and this case shall be closed. Each party shall bear its own fees and
7  costs.

10  **IT IS SO ORDERED.**

12  Dated: November 14, 2023   _____
13                              John A. Kronstadt
14                              United States District Judge

2